IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:08cv635-MHT |
| | ) | (WO) |
| ONE PARCEL OF REAL PROPERTY | ) | |
| LOCATED AT 444 ESSIE MORRIS ROAD, | ) | |
| BROWNSVILLE COMMUNITY, | ) | |
| MACON COUNTY, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On November 19, 2008, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that:

(1) The recommendation of the magistrate judge (Doc. # 25) is adopted.

(2) The plaintiff's motion to strike (Doc. # 18) is granted as to the claim of Demitres M. Morris and is denied as the claim of Ethel Jean Morris.

DONE, this the 9th day of December, 2008.

　　　　　　　　　　　　　　　　　　 / Myron H. Thompson　　　　
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE